61 A.3d 929

IN THE MATTER OF JENNIFER A. HEINER PISANO, AN ATTORNEY AT LAW (ATTORNEY NO. 011222009).

March 12, 2013.

## ORDER

**JENNIFER A. HEINER PISANO,** formerly of **LIVINGSTON,** who was admitted to the bar of this State in 2009, having pleaded guilty in the Superior Court of New Jersey, to falsifying records (third degree), in violation of *N.J.S.A.* 2C:21–4b(1), misapplication of entrusted property (third degree), in violation of *N.J.S.A.* 2C:21–15, and forgery (third degree) in violation of *N.J.S.A.* 2C:20–4A, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JENNIFER A. HEINER PISANO** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JENNIFER A. HEINER PISANO** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **JENNIFER A. HEINER PISANO** comply with *Rule* 1:20–20 dealing with suspended attorneys.